JULIA T. MONROE, Respondent, *v.* JACOB CROUSE, Impleaded, etc., Appellant.

(Argued and decided October 13, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 5, 1891, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Waters & McLennan* for appellant.

*George F. Comstock* for respondent.

Agree to dismiss appeal on argument; no opinion.
All concur.
Appeal dismissed.

----

THE PEOPLE ex rel. ISAAC P. MARTIN, Appellant, *v.* EDWARD GILON et al., as and Composing the Board of Assessors of the City of New York, Respondent.

(Argued October 5, 1891; decided October 13, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 9, 1891, which dismissed a writ of certiorari to review proceedings of the board of assessors of the city of New York.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.